# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Gesner, Beth P. | 2. Court or Organization

U.S District Court - Md. | 3. Date of Report

08/02/2018 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Magistrate - Full | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2017
to
12/31/2017 |
|---|---|---|

**7. Chambers or Office Address**

U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Trustees | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Promissory Note - Law Firm capital | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Common | A | Dividend | K | T | | | | | |
| 2. Brookfield Common | A | Dividend | K | T | | | | | |
| 3. Eldarado Resort Common (formerly ISLE Common) | | None | K | T | Sold (part) | 05/08/17 | K | C | |
| 4. Berkshire Hathaway Common | | None | N | T | | | | | |
| 5. Altria Common | D | Dividend | N | T | | | | | |
| 6. Fidility Muni Money Fund | A | Interest | N | T | | | | | |
| 7. TBT (ETF) | | None | J | T | | | | | |
| 8. Telefonica Common | B | Dividend | K | T | | | | | |
| 9. DOJ Credit Union | C | Interest | P1 | T | | | | | |
| 10. Virtus Total Return Fund common (formerly Zweig Fund Common) | B | Dividend | J | T | | | | | |
| 11. Jefferies common (formerly Leucadia Nat. Common) | A | Dividend | K | T | | | | | |
| 12. Fidility Cash Reserves | A | Interest | M | T | | | | | |
| 13. Markel Common | | None | L | T | | | | | |
| 14. Fidility Cap. App. Fund | C | Distribution | K | T | | | | | |
| 15. Fidility Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 16. Fidility Latin Am. Fund | A | Dividend | K | T | | | | | |
| 17. Eagle Bank Common | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppen. Flex. Strat. | A | Dividend | J | T | | | | | |
| 19. Putnam Multi-Cap Growth Fund | A | Dividend | K | T | | | | | |
| 20. AT&T Common | A | Dividend | J | T | | | | | |
| 21. Occ. Pet. Common | D | Dividend | M | T | | | | | |
| 22. IBM Common | A | Dividend | J | T | | | | | |
| 23. Comcast Common | A | Dividend | K | T | | | | | |
| 24. Fidility Div. Int. Fund | A | Dividend | K | T | | | | | |
| 25. US Govt. FICO Strips | D | Interest | L | T | | | | | |
| 26. PNC Bank | A | Interest | L | T | | | | | |
| 27. Dollar Bank | A | Interest | K | T | | | | | |
| 28. Touchstone Small Cap Fund (formerly Sentinel Small Co.) | D | Distribution | L | T | | | | | |
| 29. New Perspectives Fund | D | Distribution | M | T | | | | | |
| 30. Capital World Growth & Income Fund | C | Distribution | M | T | | | | | |
| 31. Capital Income Builder Fund | C | Distribution | M | T | | | | | |
| 32. Fundamental Investors Fund | D | Distribution | M | T | | | | | |
| 33. AMCAP Fund | D | Distribution | M | T | | | | | |
| 34. T. Rowe Large Cap Fund | B | Distribution | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CRM Small Cap. Value | | None | M | T | | | | | |
| 36. Oakmark Select | | None | N | T | | | | | |
| 37. Am. Funds Eur. | | None | M | T | | | | | |
| 38. Wells Emerging Growth | | None | L | T | | | | | |
| 39. Morgan Stanley | | None | M | T | | | | | |
| 40. Vanguard Mid Cap | | None | M | T | | | | | |
| 41. Vanguard Emerging Markets Fund | | None | L | T | | | | | |
| 42. Vanguard Global Fund | | None | L | T | | | | | |
| 43. Natixis AEW Real Estate Fund | | None | L | T | | | | | |
| 44. Wells Fargo Money Market | A | Interest | K | T | | | | | |
| 45. Broadstone Investors II, L.P. | C | Distribution | L | R | | | | | |
| 46. Port 100 A | | None | M | T | | | | | |
| 47. Dreyfuss Research Growth | | None | M | T | | | | | |
| 48. Main St. Mid-Cap | | None | K | T | | | | | |
| 49. NM Intl. Eqty. Fund | | None | K | T | | | | | |
| 50. Severn Savings Money Market | A | Interest | M | T | | | | | |
| 51. Arundel Federal Savings | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PNC Money Market | A | Interest | O | T | | | | | |
| 53. BAT Common (formerly RAI Common) | A | Dividend | L | T | | | | | |
| 54. Century Link Common | A | Dividend | | | Sold | 12/22/17 | J | | |
| 55. Alibaba Common | | None | L | T | | | | | |
| 56. California Resourses Common | | None | J | T | | | | | |
| 57. Fireeye Common | | None | J | T | | | | | |
| 58. Westmount at Vista Ridge, LLC | F | Distribution | | | Sold | 02/23/17 | L | E | |
| 59. Highlands Bluffs, LLC | D | Distribution | L | R | | | | | |
| 60. MLG Private FundII, LLC | E | Distribution | M | R | | | | | |
| 61. Racquet Club Holding LLC | G | Distribution | | | Sold | 07/21/17 | M | E | |
| 62. MLG/Crossroads co-Investor LLC | D | Distribution | L | R | | | | | |
| 63. Westmount at Summer Cove LLC | D | Distribution | L | R | | | | | |
| 64. MLG/Presido Co-Investor LLC | D | Distribution | L | R | | | | | |
| 65. Westomount at ColonnadeLLC | D | Distribution | L | R | | | | | |
| 66. Shelbourne Falcon Hotel RL DC LLC | | None | L | R | | | | | |
| 67. Windsor Village SA Investors LLC | | None | L | R | | | | | |
| 68. MLG/PF Oasis Co-Investor LLC | D | Distribution | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Westmount Cape Cod Investors LLC | D | Distribution | L | R | | | | | |
| 70. MLG Private Fund III | D | Distribution | M | R | Buy | 01/17/17 | M | | |
| 71. MLG/PF Mercer Co-Investor | B | Distribution | L | R | Buy | 03/01/17 | L | | |
| 72. Westmount at Copper Mill Investors | | None | L | R | Buy | 10/09/17 | L | | |
| 73. RS Greensboro Portfolio | D | Distribution | L | R | | | | | |
| 74. RS-The Mill | C | Distribution | L | R | Buy | 04/20/17 | L | | |
| 75. Broadstour Investors V | | None | M | R | Buy | 03/13/17 | M | | |
| 76. JA Solar Common | | None | J | T | Sold (part) | 09/06/17 | K | A | |
| 77. Fireeye Common | | None | J | T | | | | | |
| 78. Under Armour Common | | None | J | T | Sold (part) | 12/27/17 | K | | |
| 79. SHS ETF | | None | K | T | | | | | |
| 80. Wells Fargo Managed Dividend Portfolio | D | Dividend | N | T | | | | | |
| 81. Melco Resorts Common | A | Dividend | J | T | Buy | 10/18/17 | J | | |
| 82. Starbucks Common | | None | | | Buy | 07/28/17 | L | | |
| 83. Starbucks Common | | None | | | Sold | 08/03/17 | L | A | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 45 - Investment acquired in 2004 for $100,000.
Part VII, Line 58 - Investment acquired in 2014 for $75,000.
Part VII, Line 59 - Investment acquired in 2014 for $100,000.
Part VII, Line 60 - Investment acquired in 2014 for $200,000.
Part VII, Line 61 - Investment acquired in 2014 for $100,000.
Part VII, Line 62 - Investment acquired in 2015 for $100,000.
Part VII, Line 63 - Investment acquired in 2015 for $100,000.
Part VII, Line 64 - Investment acquired in 2015 for $100,000.
Part VII, Line 65 - Investment acquired in 2015 for $100,000.
Part VII, Line 66 - Investment acquired in 2016 for $100,000.
Part VII, Line 67 - Investment acquired in 2016 for $100,000.
Part VII, Line 68 - Investment acquired in 2016 for $100,000.
Part VII, Line 69 - Investment acquired in 2016 for $100,000.
Part VII, Line 70 - Investment acquired in 2017 for $200,000.
Part VII, Line 71 - Investment acquired in 2017 for $100,000
Part VII, Line 72 - Investment acquired in 2017 for $100,000
Part VII, Line 73 - Investment acquired in 2017 for $100,000
Part VII, Line 74 - Investment acquired in 2017 for $100,000
Part VII, Line 75 - Investment acquired in 2017 for $250,000

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544